## Harlan J. Jost, Plaintiff-Appellant, v. Luther Vernon Lewis and Louise Lewis, Defendants-Appellees.

### Gen. No. 9,734.

Morgan, Pendarvis & Morgan, for appellant; Dempsey & Kuhfuss, for appellees. Opinion by Justice Dady. Not to be published in full. Opinion filed May 31, 1951; released for publication June 26, 1951.